# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

November 8, 2019

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, N.Y. 10007

> Request DENIED. Per ECF No. 28, the conference will take place on **November 15, 2019**. Defendants have requested, and the Court has granted, three extensions of time to answer or otherwise respond to the Complaint. See ECF Nos. 18, 22, 24. One extension caused the initial pretrial conference to be adjourned from September 27 until November 13. ECF No. 18. At that time, the parties were reminded of their obligations to participate in mediation in advance of the conference. The Court will not adjourn the conference merely because the parties failed to heed the Court's reminder. The Clerk of Court is directed to terminate ECF No. 27. SO ORDERED.
>
> November 12, 2019

Re: *Holzknecht v. Parkchester Preservation Management, LLC, et al.*
19-cv-06006 (JMF)

Dear Judge Furman:

    This firm represents Defendants in this action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Defendants respectfully request an adjournment of the initial pretrial conference scheduled for November 13, 2019.

    The basis for this request is that the Parties are not scheduled to participate in a settlement conference prior to the initial pretrial conference on November 13, 2019. In accordance with the Court's June 28, 2019 Order (Dkt. 7), the Parties contacted the chambers of Magistrate Judge Freeman regarding settlement and participated in an initial phone conference with her on October 17, 2019. Prior to scheduling a settlement conference, Judge Freeman directed the Parties to produce relevant records and provide her a joint status letter by November 22, 2019. Defendants request the opportunity to do so, and to provide a status letter to Your Honor after the Parties have participated in a settlement conference with Judge Freeman per the Court's Order.

    This is Defendants' first request for an adjournment of the initial pretrial conference. I spoke to Plaintiff's counsel, and he does not consent to the adjournment, as he says he seeks records from Defendants prior November 22nd.

    Thank you for your consideration of Defendants' request.

Respectfully submitted,

CLIFTON BUDD & DEMARIA, LLP

By: _____
Carla Gunther