```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
ANNAMARIE HOLZKNECHT,                                     :
                                                          :
                              Plaintiff,                  :     19-CV-6006(JMF)
                                                          :
               -v-                                        :     ORDER
                                                          :
PARKCHESTER PRESERVATION MANAGEMENT                       :
LLC et al.,                                               :
                                                          :
                              Defendants.                 :
                                                          :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

For the reasons discussed during the initial pretrial conference held today, this case is hereby STAYED pending the outcome of the settlement in *Fitzpatrick v. Parkchester Department of Public* Safety, 18-CV-211 (JGK). The parties shall file a joint letter updating the Court on the status of the proceedings in *Fitzpatrick* no later than **March 16, 2020**.

SO ORDERED.

Dated: November 15, 2019
       New York, New York
                                              _____
                                                    JESSE M. FURMAN
                                                    United States District Judge