```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANNAMARIE HOLZKNECHT,

                        Plaintiff,        19-cv-6006 (JGK)

        - against -                       ORDER

PARKCHESTER PRESERVATION MANAGEMENT
LLC et al.,
.
                        Defendants.
_____
```

JOHN G. KOELTL, District Judge:

The parties should provide the Court with a status report by May 1, 2020.

**SO ORDERED.**

Dated:   New York, New York
         April 20, 2020          ___/s/ John G. Koeltl_____
                                       John G. Koeltl
                                 United States District Judge