**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

**ANNAMARIE HOLZKNECHT,**

              **Plaintiff,**        **19-cv-6006 (JGK)**

    **- against -**                **ORDER**

**PARKCHESTER PRESERVATION MANAGEMENT LLC, ET AL.,**

              **Defendants.**
------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties should advise the Court of the status of this case by July 20, 2020, in view of the approval of the settlement in <u>Wedemire et al. v. Parkchester Department of Public Safety LLC</u>, No. 18-CV-211.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 15, 2020**         _____/s/ John G. Koeltl_____
                                                         **John G. Koeltl**
                                                **United States District Judge**