UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
ANNAMARIE HOLZKNECT,

     Plaintiff,

  -against-

PARKCHESTER PRESERVATION MANAGEMENT
LLC, and PARKCHESTER DEPARTMENT OF
PUBLIC SAFETY LLC d/b/a PARKCHESTER DPS LLC
_____X

Index No.: 1:19-cv-060006

NOTICE OF WITHDRAWAL OF LAWSUIT

## NOTICE OF WITHDRAWAL OF LAWSUIT

Plaintiff moves to withdraw its lawsuit as the matter has been resolved with a conference with Judge Koeltl.

_____
Leonard Zack, Esq.
Leonard Zack & Assoc.
505 Park Avenue 18th Floor
New York, N.Y. 10022
212-754-4050